UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 06-353** |
| **VERSUS** | * | **SECTION: "K"** |
| **BRAD MARTIN** | * | |
| | * * * | |

## ORDER

Considering the foregoing Motion by the United States;

**IT IS HEREBY ORDERED** that, pursuant to U.S.S.G. § 3E1.1(b), the downward adjustment for this defendant's acceptance of responsibility should be 3 points.

New Orleans, Louisiana, this 18th day of September, 2007.

_____
UNITED STATES DISTRICT JUDGE